| | |
|---|---|
| Hassan A. Zavareei (CA Bar No. 181547) | Arturo J. González (CA SBN 121490) |
| hzavareei@tzlegal.com | agonzalez@mofo.com |
| Andrea R. Gold* | Penelope A. Preovolos (CA SBN 87607) |
| agold@tzlegal.com | ppreovolos@mofo.com |
| Allison Parr* | Alexis A. Amezcua (CA SBN 247507) |
| aparr@tzlegal.com | aamezcua@mofo.com |
| **TYCKO & ZAVAREEI LLP** | Camila A. Tapernoux (CA SBN 299289) |
| 1828 L Street, NW, Suite 1000 | ctapernoux@mofo.com |
| Washington, DC 20036 | **MORRISON & FOERSTER LLP** |
| Tel: (202) 973-0900 | 425 Market Street |
| Fax: (202) 973-0950 | San Francisco, California 94105-2482 |
| | Telephone: 415.268.7000 |
| Gregory F. Coleman* | Facsimile: 415.268.7522 |
| gcoleman@milberg.com | |
| Adam A. Edwards | *Attorneys for Defendant APPLE INC.* |
| aedwards@milberg.com | |
| William A. Ladnier (CA Bar No. 330334) | |
| wladnier@milberg.com | |
| **MILBERG COLEMAN BRYSON** | |
| **PHILLIPS GROSSMAN, PLLC** | |
| 800 S. Gay Street, Suite 1100 | |
| Knoxville, TN 37929 | |
| Tel: (865) 247-0080 | |
| Fax: (865) 522-0049 | |

*Admitted pro hac vice*

*Attorneys for Plaintiffs
and the Proposed Classes*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA TABAK, DE'JHONTAI BANKS, DAVID DANON, BRIANNA CASTELLI, MATTHEW WHITE, KELLY CAMELO-CENICOLA, NESTOR TRUJILLO, and CHRISTINE CLEMENCE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE, INC.,<br><br>Defendant. | CASE NO. 4:19-CV-02455-JST<br><br>**JOINT CASE MANAGEMENT STATEMENT** |

Pursuant to Civil Local Rule 16-9, Plaintiffs Lisa Tabak, De'Jhontai Banks, David Danon, Brianna Castelli, Matthew White, Kelly Camelo-Cenicola, Nestor Trujillo, and Christine Clemence, on behalf of themselves and all others similarly situated ("Plaintiffs"), and Defendant Apple Inc. hereby submit the following Joint Case Management Statement for the Case Management Conference scheduled for July 2, 2021, at 1:30 P.M. The parties specifically submit this Statement pursuant to the Court's Order continuing the previously scheduled case management conference. ECF No. 103; *see also* ECF No. 95, at 2 (setting forth the format for case management statements submitted in this manner).

## I. RELEVANT HISTORY & STATUS OF DISCOVERY.

The parties' last case management conference took place on February 2, 2021. On April 28, 2021, the parties jointly submitted a case management statement. ECF No. 102. Following the filing of that statement, the Court continued the case management conference to July 2, 2021. ECF No. 103.

Plaintiffs propounded written discovery requests on January 25, 2021. On March 10, 2021, Defendant served its responses and objections to Plaintiffs' discovery requests. Since that time, the parties have exchanged written correspondence and met and conferred via telephone to discuss Plaintiffs' issues with Defendant's responses and objections. The parties met and conferred via telephone on June 29, 2021, in a further effort to resolve these outstanding issues. While the parties have not resolved each issue as of the date of this filing, the parties continue to work expeditiously to resolve these issues without the Court's intervention. Defendant served its first sets of Requests for Production, Interrogatories, and Requests for Inspection on Plaintiffs on June 29, 2021.

The parties have worked cooperatively to develop a Joint Protective Order and ESI Stipulation. The Court entered the parties' Stipulated Protective Order on May 18, 2021, ECF No.

109, and the parties' stipulated ESI Order on June 2, 2021, ECF No. 112. Following this, the parties met and conferred via telephone on June 29, 2021, to discuss the selection of search terms and custodians relating to Defendant's production of documents in response to Plaintiffs' discovery requests. The parties continue to work cooperatively and expeditiously to select search terms and custodians so that documents may be produced and discovery may continue.

At this time, there are no additional issues that the parties believe require the Court's attention.

DATED: June 30, 2021

/s/ *William A. Ladnier*
Gregory F. Coleman*
gcoleman@milberg.com
Adam A. Edwards*
aedwards@milberg.com
William A. Ladnier (CA Bar No. 330334)
wladnier@milberg.com
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Tel: (865) 247-0080
Fax: (865) 522-0049

Hassan A. Zavareei (CA Bar No. 181547)
hzavareei@tzlegal.com
Andrea R. Gold*
agold@tzlegal.com
Allison Parr*
aparr@tzlegal.com
**TYCKO & ZAVAREEI LLP**
1828 L Street, NW, Suite 1000
Washington, DC  20036
Tel: (202) 973-0900
Fax: (202) 973-0950

Annick Persinger (CA Bar No. 272996)
**TYCKO & ZAVAREEI LLP**
1970 Broadway, Suite 1070
Oakland, CA 94612
Tel: (510) 254-6808

* *Admitted pro hac vice*

*Attorneys for Plaintiffs*

/s/ *Alexis A. Amezcua*
Arturo J. González (CA SBN 121490)
agonzalez@mofo.com
Penelope A. Preovolos (CA SBN 87607)
ppreovolos@mofo.com
Alexis A. Amezcua (CA SBN 247507)
aamezcua@mofo.com
Camila A. Tapernoux (CA SBN 299289)
ctapernoux@mofo.com
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

*Attorneys for Defendant APPLE INC.*

JOINT CASE MANAGEMENT STATEMENT
CASE NO. 4:19-cv-02455-JST                    3

## **ATTESTATION**

I, William A. Ladnier, am the ECF User whose ID and password are being used to file the foregoing document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that counsel has concurred in this filing.

/s/ *William A. Ladnier*
William A. Ladnier

*Attorney for Plaintiffs*