Hassan A. Zavareei (CA Bar No. 181547)
hzavareei@tzlegal.com
Andrea R. Gold*
agold@tzlegal.com
Allison Parr*
aparr@tzlegal.com
**TYCKO & ZAVAREEI LLP**
1828 L Street, NW, Suite 1000
Washington, DC  20036
Tel: (202) 973-0900
Fax: (202) 973-0950

Gregory F. Coleman*
gcoleman@milberg.com
Adam A. Edwards*
aedwards@milberg.com
William A. Ladnier (CA Bar No. 330334)
wladnier@milberg.com
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC**
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Tel: (865) 247-0080
Fax: (865) 522-0049

* *Admitted pro hac vice*

*Attorneys for Plaintiffs
and the Proposed Classes*

Arturo J. González (CA SBN 121490)
agonzalez@mofo.com
Penelope A. Preovolos (CA SBN 87607)
ppreovolos@mofo.com
Alexis A. Amezcua (CA SBN 247507)
aamezcua@mofo.com
Camila A. Tapernoux (CA SBN 299289)
ctapernoux@mofo.com
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

*Attorneys for Defendant APPLE INC.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA TABAK, DE'JHONTAI BANKS, DAVID DANON, MATTHEW WHITE, KELLY CAMELO-CENICOLA, NESTOR TRUJILLO, and CHRISTINE CLEMENCE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE, INC.,<br><br>Defendant. | CASE NO. 4:19-CV-02455-JST<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT** |

Pursuant to Civil Local Rule 6-2, Plaintiffs Lisa Tabak, De'Jhontai Banks, Matthew White, Kelly Camelo-Cenicola, Nestor Trujillo, and Christine Clemence ("Plaintiffs"), together with Defendant Apple Inc., by and through their respective counsel of record, jointly stipulate as follows:

WHEREAS, a motion for preliminary approval of class settlement is currently due on May 11, 2023, and

WHEREAS, the Parties continue to finalize the terms of the Proposed Settlement, including the Notice forms,

THEREFORE, IT IS HEREBY AGREED AND STIPULATED THAT:

Subject to approval by the Court, the deadline to submit a motion for preliminary approval of class settlement will be extended fourteen (14) days, to May 25, 2023.

DATED: May 9, 2023

/s/ *William A. Ladnier*
Gregory F. Coleman*
gcoleman@milberg.com
Adam A. Edwards
aedwards@milberg.com
William A. Ladnier (CA Bar No. 330334)
wladnier@milberg.com
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Tel: (865) 247-0080
Fax: (865) 522-0049

Hassan A. Zavareei (CA Bar No. 181547)
hzavareei@tzlegal.com
Andrea R. Gold*
agold@tzlegal.com
Allison Parr*
aparr@tzlegal.com
**TYCKO & ZAVAREEI LLP**
1828 L Street, NW, Suite 1000
Washington, DC  20036
Tel: (202) 973-0900
Fax: (202) 973-0950

/s/ *Alexis A. Amezcua*
Arturo J. González (CA SBN 121490)
agonzalez@mofo.com
Penelope A. Preovolos (CA SBN 87607)
ppreovolos@mofo.com
Alexis A. Amezcua (CA SBN 247507)
aamezcua@mofo.com
Camila A. Tapernoux (CA SBN 299289)
ctapernoux@mofo.com
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

*Attorneys for Defendant APPLE INC.*

JOINT STIPULATION AND [PROPOSED] ORDER
CASE NO. 4:19-cv-02455-JST                    2

Annick Persinger (CA Bar No. 272996)
**TYCKO & ZAVAREEI LLP**
1970 Broadway, Suite 1070
Oakland, CA 94612
Tel: (510) 254-6808

*\* Admitted pro hac vice*

*Attorneys for Plaintiffs
and the Proposed Classes*

1

## __ORDER__

2

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

3

4

Dated: _____May 12, 2023_____

_____

Honorable Jon S. Tigar

5

UNITED STATES DISTRICT COURT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER
CASE NO. 4:19-cv-02455-JST                    4