# EXHIBIT 2

# PAYMENT ATTESTATION FORM

*Tabak, et al. v. Apple Inc.*
Case No. 4:19-cv-02455 (N.D.Cal.)

**Your form must be submitted online or postmarked by: [DEADLINE]**

**APP-TAB**

## I. NAME AND CONTACT INFORMATION

Provide your name and contact information below. You must notify the Settlement Administrator if your contact information changes after you submit this form.

**First Name**

**Last Name**

**Street Address**

**City**

**State**

**Zip Code**

**Email Address**

**Notice ID**

*Please enter your Notice ID if you received notice by mail or email.*

## II. PAYMENT SELECTION

Please select **one** of the following payment options:

☐ **Digital Check** (Enter Email Address) _____

☐ **Check** (Mailed to the address in Section I of this form)

    Note: If you prefer to receive your payment via direct deposit, please complete the form online.

**Return your completed Payment Attestation Form to:**
*Tabak v. Apple* **Class Action Administrator, 1650 Arch Street, Suite 2210, Philadelphia, PA 19103**