Hassan A. Zavareei (CA Bar No. 181547)
hzavareei@tzlegal.com
Andrea R. Gold*
agold@tzlegal.com
Allison Parr*
aparr@tzlegal.com
**TYCKO & ZAVAREEI LLP**
2000 Pennsylvania Avenue NW, 10th Floor
Washington, DC  20006
Tel: (202) 973-0900
Fax: (202) 973-0950

Gregory F. Coleman*
gcoleman@milberg.com
Adam A. Edwards*
aedwards@milberg.com
William A. Ladnier (CA Bar No. 330334)
wladnier@milberg.com
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC**
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Tel: (865) 247-0080
Fax: (865) 522-0049

*Admitted pro hac vice*

*Attorneys for Plaintiffs
and the Proposed Settlement Class*

Arturo J. González (CA SBN 121490)
agonzalez@mofo.com
Penelope A. Preovolos (CA SBN 87607)
ppreovolos@mofo.com
Alexis A. Amezcua (CA SBN 247507)
aamezcua@mofo.com
Camila A. Tapernoux (CA SBN 299289)
ctapernoux@mofo.com
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

*Attorneys for Defendant APPLE INC.*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA TABAK, DE'JHONTAI BANKS, MATTHEW WHITE, KELLY CAMELO-CENICOLA, NESTOR TRUJILLO, and CHRISTINE CLEMENCE, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>v.<br><br>APPLE, INC.,<br><br>                    Defendant. | CASE NO. 4:19-CV-02455-JST<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR SETTLEMENT CLASS MEMBERS TO SUBMIT VALID PAYMENT INFORMATION** |

1   Pursuant to Civil Local Rule 6-2, Plaintiffs Lisa Tabak, De'Jhontai Banks, Matthew White,

2   Kelly Camelo-Cenicola, Nestor Trujillo, and Christine Clemence ("Plaintiffs"), together with

3   Defendant Apple Inc., by and through their respective counsel of record, jointly stipulate as

4   follows:

5   WHEREAS, on November 21, 2023, the Court granted preliminary approval of the class

6   action Settlement in the above-captioned matter (ECF No. 176);

7   WHEREAS, pursuant to the schedule established in the order granting preliminary

8   approval, the deadline for Settlement Class members to submit valid payment information in order

9   to receive payment is June 3, 2024 (*id*. at 12);

10   WHEREAS, subject to this Court's approval, the parties believe that extending the deadline

11   to submit valid payment information by thirty days will be beneficial because it will allow the

12   parties and Settlement Administrator additional time to encourage responses from Settlement Class

13   members who have not yet provided valid payment information;

14   WHEREAS, extending this deadline does not require any other changes to the schedule

15   established in the order granting preliminary approval;

16   THEREFORE, IT IS HEREBY AGREED AND STIPULATED THAT:

17   The deadline for Settlement Class members to provide valid payment information will be

18   extended thirty days to July 3, 2024.

19

20   DATED: June 3, 2024

21

22   /s/ *Andrea Gold*
    Gregory F. Coleman*
23   gcoleman@milberg.com
    Adam A. Edwards
24   aedwards@milberg.com
    William A. Ladnier (CA Bar No. 330334)
25   wladnier@milberg.com
    **MILBERG COLEMAN BRYSON**
26   **PHILLIPS GROSSMAN, PLLC**
    800 S. Gay Street, Suite 1100

22   /s/ *Camila A. Tapernoux*
    Arturo J. González (CA SBN 121490)
    agonzalez@mofo.com
    Penelope A. Preovolos (CA SBN 87607)
    ppreovolos@mofo.com
    Alexis A. Amezcua (CA SBN 247507)
    aamezcua@mofo.com
    Camila A. Tapernoux (CA SBN 299289)
    ctapernoux@mofo.com
    **MORRISON & FOERSTER LLP**

27   JOINT STIPULATION AND [~~PROPOSED~~] ORDER
    CASE NO. 4:19-cv-02455-JST                2
    sf-5981188

1

2

Knoxville, TN 37929
Tel: (865) 247-0080
Fax: (865) 522-0049

425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

3

Hassan A. Zavareei (CA Bar No. 181547)
hzavareei@tzlegal.com
Andrea R. Gold*
agold@tzlegal.com
Allison Parr*
aparr@tzlegal.com
**TYCKO & ZAVAREEI LLP**
2000 Pennsylvania Avenue NW, 10th Floor
Washington, DC  20006
Tel: (202) 973-0900
Fax: (202) 973-0950

*Attorneys for Defendant APPLE INC.*

4

5

6

7

8

9

Annick Persinger (CA Bar No. 272996)
**TYCKO & ZAVAREEI LLP**
1970 Broadway, Suite 1070
Oakland, CA 94612
Tel: (510) 254-6808

10

11

12

* *Admitted pro hac vice*

13

*Attorneys for Plaintiffs
and the Proposed Settlement Class*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

JOINT STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER
CASE NO. 4:19-cv-02455-JST
sf-5981188

3

**ECF ATTESTATION**

I, Camila Tapernoux, am the ECF User whose ID and password are being used to file this document.  In compliance with Civil Local Rule 5-1(i)(3), I attest that Andrea Gold has concurred to this filing.


Dated: June 3, 2024                    MORRISON & FORISTER LLP

                                       /s/ *Camila A. Tapernoux*
                                       CAMILA A. TAPERNOUX

                                       Attorneys for Defendant
                                       APPLE INC.

JOINT STIPULATION AND [~~PROPOSED~~] ORDER
CASE NO. 4:19-cv-02455-JST                 4
sf-5981188

1

## **ORDER**

2          PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

3

4    Dated: _____June 5, 2024_____          _____

5                                              Honorable Jon S. Tigar
                                              UNITED STATES DISTRICT COURT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

JOINT STIPULATION AND [~~PROPOSED~~] ORDER
CASE NO. 4:19-cv-02455-JST                    5
sf-5981188