UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LISA TABAK, et al.,

          Plaintiffs,

    v.

APPLE, INC.,

          Defendant.

Case No. 19-cv-02455-JST

**CLERK'S JUDGMENT**

Re: Dkt. No. 213

Pursuant to the ORDER GRANTING PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT; ATTORNEY'S FEES AND COSTS; AND INCENTIVE AWARDS signed October 30, 2024, Judgment is hereby entered.

      **IT IS SO ORDERED AND ADJUDGED.**

Dated: October 30, 2024

Mark B. Busby
Clerk, United States District Court

By: _____
Dianna Shoblo, Deputy Clerk to the
Honorable JON S. TIGAR